Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Number: 6:17-PO-494-MJS |
| --- | --- |
| Plaintiff, | 6:17-PO-720-MJS |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| SERGIO MARQUEZ, | |
| Defendant. | |

    Mr. Marquez was charged in two violation notices with Driving on a Suspended License (6:17-PO-720-MJS) and Failure to Provide Proof of Vehicle Registration (6:17-PO-494-MJS). He subsequently provided the government with proof of valid registration and a valid driver's license. Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated: November 2, 2017        /S/ Susan St. Vincent
                                                 Susan St. Vincent
                                                 Yosemite National Park
                                                 Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Marquez, Case number 6:17-po-494-MJS and 6:17-po-720-MJS*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: November 6, 2017        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE